1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

8

9

JOHN DOE, on behalf of his minor child JACK
DOE, and on behalf of others similarly situated,

NO. 2:23-cv-01893-JHC

10

Plaintiff,

11

v.

**ORDER GRANTING JOINT
MOTION TO CONSOLIDATE
RELATED CASES**

12

13

14

15

16

17

FRED HUTCHINSON CANCER CENTER;
UNIVERSITY OF WASHINGTON SCHOOL
OF MEDICINE; UW MEDICAL CENTER;
HARBORVIEW MEDICAL CENTER;
VALLEY MEDICAL CENTER; UW
PHYSICIANS; UW NEIGHBORHOOD
CLINICS(d/b/a UW MEDICINE PRIMARY
CARE); AIRLIFT NORTHWEST; and
CHILDREN'S UNIVERSITY MEDICAL
GROUP,

18

Defendants.

19

20

ROBERT AYERS, individually and on behalf of
all others similarly situated,

NO. 2:23-cv-01916-JHC

21

Plaintiff,

22

v.

23

FRED HUTCHINSON CANCER CENTER,

24

Defendant.

25

26

ORDER GRANTING UNOPPOSED JOINT MOTION TO APPOINT
INTERIM CLASS COUNSEL - 1

| | |
|---|---|
| 1 JONATHAN HUNTER, individually and on behalf of all others similarly situated, | NO. 2:23-cv-01988-JHC |
| 2 | |
| 3          Plaintiff, v. | |
| 4 | |
| 5 FRED HUTCHINSON CANCER CENTER, a Washington Nonprofit Corporation, | |
| 6          Defendant. | |
| 7 | |
| 8 GARY HOLZ, JOEL GUAY, and GLORIA MONCRIEF, individually and on behalf of all others similarly situated, | NO. 2:23-cv-01998-JHC |
| 9 | |
| 10          Plaintiff, | |
| 11 v. | |
| 12 FRED HUTCHINSON CANCER CENTER, a Washington Nonprofit Corporation, | |
| 13          Defendant. | |
| 14 | |

This matter comes before the Court on Plaintiffs' Unopposed Joint Motion to Consolidate. (Dkt. No. 5.) The plaintiffs in four different actions filed against Defendant Fred Hutchinson Cancer Center ask the Court to consolidate all four into a single action. Having reviewed the Motion and all supporting materials, and having noted the lack of any opposition, the Court GRANTS the Motion and ORDERS that the above-captioned cases be consolidated for all purposes.

1.       Under Rule 42(a), the Court may consolidate cases that involve common questions of law or fact. Fed. R. Civ. P. 42(a). The Court enjoys broad discretion in making this determination. *Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008); *see also Pedraza v. Alameda Unified Sch. Dist.*, 676 Fed. App'x 704, 706 (9th Cir. 2017). When determining whether a motion to consolidate should be granted, this Court typically weighs several factors, including considerations of "judicial economy, whether consolidation would

1    expedite resolution of the case, whether separate cases may yield inconsistent results, and the

2    potential prejudice to a party opposing consolidation." *Pecznick v. Amazon.com, Inc.*, No. 2:22-

3    cv-00743, 2022 WL 4483123, at *3 (W.D. Wash. Sept. 27, 2022); *see also* 9 Charles Alan

4    Wright & Arthur R. Miller, Federal Practice and Procedure: Civil § 2383 (3rd ed. 2020).

5         2.       Consolidation is appropriate here given that the four actions present common

6    questions of law and fact and there are substantial efficiencies to be gained. All four actions

7    concern the same data breach resulting from a cyber-attack on Fred Hutchinson Cancer Center.

8    And plaintiffs pursue the same or similar causes of action against Fred Hutchinson Cancer

9    Center on behalf of overlapping proposed classes. Consolidation for all purposes will further

10   conserve party and judicial resources. Fred Hutchinson has not voiced any opposition, and the

11   Court is unaware of any inconvenience, delay, confusion, or prejudice that may result from

12   consolidation. As such, the Court GRANTS the Motion and consolidates all four actions.

13        3.       All filings in this consolidated action shall be filed on the docket of the first-

14   filed case (2:23-cv-01893) and use the following caption: *In re Fred Hutchinson Cancer Center*

15   *Data Security Litigation.*

16        4.       Any action subsequently filed in, transferred to, or removed to this Court that

17   arises out of the same or similar operative facts as the Consolidated Action, shall be

18   consolidated with the Consolidated Action for pre-trial purposes. The Parties shall file a Notice

19   of Related Action whenever a case that should be consolidated into this action is filed in,

20   transferred to, or removed to this District.

21        5.       If the Court determines that the case is related, the clerk shall:

22             a.   Place a copy of this Order in the separate filed for such action;

23             b.   Serve on Plaintiffs' counsel in the new case a copy of the Order;

24             c.   Direct that this Order be served upon Defendant(s) in the new case; and

25             d.   Make appropriate entry in the Master Docket.

26

1        6.     Plaintiffs shall confer and propose a schedule for filing a Consolidated Amended

2  Complaint no later than ten (10) days following the entry of this Order.

3        7.     This Order shall apply to the above-captioned matters, any subsequently

4  consolidated action, any actions consolidated with the above-captioned matters, and any actions

5  filed in or transferred or removed to this Court relating to the fact and the data breach

6  underlying this litigation.

7

8       **IT IS SO ORDERED.**

9       DATED: January 5, 2024

10

11                          THE HONORABLE UNITED STATES

12                          DISTRICT COURT JUDGE FOR THE
                        WESTERN DISTRICT OF WASHINGTON

Presented By:

13  TOUSLEY BRAIN STEPHENS PLLC

14  By: s/ *Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984

15  Cecily C. Jordan, WSBA #50061
1200 Fifth Avenue, Suite 1700

16  Seattle, WA 98101
Telephone: 206-682-5600

17  Facsimile: 206-682-2992
kstephens@tousley.com

18  cjordan@tousley.com

19  James J. Pizzirusso*

20  HAUSFELD LLP
888 16th Street N.W.

21  Suite 300
Washington, D.C. 20006

22  (202) 540-7200
jpizzirusso@hausfeld.com

23  Steven M. Nathan*

24  HAUSFELD LLP
33 Whitehall Street

25  Fourteenth Floor
New York, NY 10004

26  (646) 357-1100
snathan@hausfeld.com

1
2
3
4

Ashley M. Crooks*
HAUSFELD LLP
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
(646) 357-1100
acrooks@hausfeld.com

5

***Attorneys for Plaintiff Hunter and the Proposed Class***

6

7

TURKE & STRAUSS LLP

8

By: s/ *Samuel J. Strauss*

9

Samuel J. Strauss, WSBA #46971
Raina Borrelli*

10

613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515

11

Telephone: (608) 237-1775
Facsimile: (608) 509 4423

12

sam@turkestrauss.com

13

14

***Attorneys for Plaintiff Doe and the Proposed Class***

15

Brian C. Gudmundson*
Charles R. Toomajian*

16

Michael J. Laird*
ZIMMERMAN REED LLP

17

1100 IDS Center
80 South 8th Street

18

Minneapolis, MN 55402
Telephone: (612) 341-0400

19

Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com

20

charles.toomajian@zimmreed.com
michael.laird@zimmreed.com

21

22

***Attorneys for Plaintiff Ayers and the Proposed Class***

23

24

25

26

1

EMERY REDDY, PLLC

2

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA #34078

3

Patrick R. Reddy, WSBA #34092
600 Stewart Street, Suite 1100

4

Seattle, WA 98101

5

Phone: (206) 442-9106
Fax: (206) 441-9711

6

Email: *emeryt@emeryreddy.com*
Email: *reddyp@emeryreddy.com*

7

8

M. Anderson Berry*
Gregory Haroutunian*

9

Brandon P. Jack*
CLAYEO C. ARNOLD

10

A PROFESSIONAL CORPORATION
865 Howe Avenue

11

Sacramento, CA 95825
Telephone: 916.239.4778

12

Fax: 916.924.1829

13

*aberry@justice4you.com*
*gharoutunian@justice4you.com*

14

*bjack@justice4you.com*

15

Gary M. Klinger*
MILBERG COLEMAN BRYSON

16

PHILLIPS GROSSMAN LLC

17

227 W. Monroe Street, Suite 2100
Chicago, IL 60606

18

Phone: (866) 252-0878
gklinger@milberg.com

19

20

***Attorneys for Plaintiffs Holtz, Guay, and Moncrief and the Proposed Class***

21

*pro hac vice forthcoming*

22

23

24

25

26

ORDER GRANTING UNOPPOSED JOINT MOTION TO APPOINT
INTERIM CLASS COUNSEL - 6